```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 41546
   KAREN DEGNAN
   TIMOTHY DEGNAN SR                            CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

       Debtor
   SSN XXX-XX-3857     SSN XXX-XX-8690
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/28/05 and confirmed on 11/04/05.

2. The case was dismissed after confirmation, 08/03/2007.

3. The Debtor paid a total of $  9000.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FORD MOTOR CREDIT CO | SECURED VEHIC | 2297.37 | 162.14 | 2297.37 |
| VILLA PARK TRUST & SVGS | CURRENT MORTG | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 7557.91 | .00 | 241.71 |
| ECAST SETTLEMENT CORP | UNSECURED | 2953.29 | .00 | 94.45 |
| CAPITAL ONE BANK | UNSECURED | 7544.73 | .00 | 241.30 |
| CAPITAL ONE BANK | UNSECURED | 9601.72 | .00 | 307.10 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7769.90 | .00 | 248.52 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 28042.70 | .00 | 896.91 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 15974.48 | .00 | 510.94 |
| FANFARE MEDIA WORKS INC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 407.55 | .00 | 13.02 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2568.59 | .00 | 82.16 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 14234.55 | .00 | 455.29 |
| ROUNDUP FUNDING LLC | UNSECURED | 9617.77 | .00 | 307.60 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1617.70 | .00 | 51.75 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 897.36 | .00 | 28.72 |
| WEST SUBURBAN BANK | UNSECURED | 6458.81 | .00 | 206.58 |
| CAPITAL ONE BANK | UNSECURED | 1199.08 | .00 | 38.34 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ECAST SETTLEMENT CORPORA | UNSECURED | 836.44 | .00 | 26.75 |
| KOHLS | UNSECURED | 600.10 | .00 | 19.21 |
| MONEY MAILER | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

---

```
TOTAL CLMS ALLOWED        2297.37              .00      117882.68              .00      120180.05
PRINCIPAL PAID            2297.37              .00        3770.35              .00        6067.72
INTEREST PAID              162.14              .00             .00              .00          162.14
TOTAL PAID                2459.51              .00        3770.35              .00        6229.86
```
The Debtor's attorney, RONALD D CUMMINGS                  , was allowed $    2700.00
and was paid $    306.00   direct and $    2394.00   through the plan.

The Trustee received $    376.14 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 11/15/07                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE